**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on October 19, 2015**

*[signature]*

**Paul G. Hyman, Jr.**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 11–40048–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Boca Networks.com LLC
Attn: Andrew Paul
4535 Cocoplum Way
Delray Beach, FL 33445

EIN: 57–1172359

## FINAL DECREE

The trustee, Margaret J. Smith, having filed a final report that the estate has been fully administered, is discharged and the case is closed.